1  BENJAMIN WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone: (415) 977-8937
        Facsimile: (415) 744-0134
7       E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| GUADALUPE GARZA, Jr., ) | |
| ) | CIVIL NO. 1:09cv00639 DLB |
| Plaintiff, ) | |
| v. ) | |
| ) | STIPULATION AND ORDER TO EXTEND |
| MICHAEL J. ASTRUE, ) | TIME |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 7 days to respond to Plaintiff's Opening Brief up to and including January 21, 2010.  This extension is being sought because the undersigned attorney for the Commissioner was unable to complete the Commissioner's brief within the original time frame due to a heavy work load.  In the time between January 4 and 22, 2010, the undersigned was responsible for filings and/or settlement letters in 20 district court cases, a Ninth Circuit mediation conference and a Ninth Circuit oral argument.  The undersigned did not intend to intentionally delay these proceedings and will file the Commissioner's brief immediately after filing this stipulation to avoid any additional delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

*/s/Denise B. Haley*

Dated: January 21, 2010

DENISE B. HALEY
(as authorized via email)
Attorney at Law

Attorney for Plaintiff

Dated: January 21, 2010

BENJAMIN WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ Elizabeth Firer*

ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated:  **January 22, 2010**           */s/ Dennis L. Beck*
                                     UNITED STATES MAGISTRATE JUDGE