IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUADALUPE GARZA, JR., | ) | 1:09cv0639 DLB |
| | ) | |
| | ) | ORDER GRANTING STIPULATION |
| | ) | TO DISMISS WITHOUT PREJUDICE |
| Plaintiff, | ) | (Document 19) |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On February 5, 2010, the parties filed a stipulation and proposed order to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

The parties' stipulation is GRANTED and this action is DISMISSED without prejudice. Each party shall bear his or her own costs and expenses, including but not limited to attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated: **February 8, 2010**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1